# UNITED STATES DISTRICT COURT

## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Juan Arnoldo Lara Cuevas,

Petitioner(s),

v.

Case Number: 26-cv-1367 DWF/LIB

Pamela Bondi, Kristi Noem, Todd M. Lyons,
and David Easterwood,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **DENIED AS MOOT**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Date: 3/9/2026

KATE M. FOGARTY, CLERK